**Motion Granted; Reversed and Remanded and Memorandum Opinion filed December 31, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00148-CV

## D. PATRICK SMITHERMAN, Appellant

## V.

## BANK OF AMERICA, N.A., Appellee

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2014-42122**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 19, 2014.

On December 21, 2015, the parties filed a joint motion to reverse the judgment and remand the cause to the trial court. *See* TEX. R. APP. P. 42.1. The motion is granted.

The judgment is reversed and the cause remanded to the trial court in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Christopher, McCally, and Busby.